#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF GEORGIA
#### ATLANTA DIVISION

| | | |
|---|---|---|
| **BRITTANY BEAVERS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **THE CHEESECAKE FACTORY** | ) | |
| **RESTAURANTS, INC.** | ) | Removed from the Superior Court |
| | ) | of Fulton, County, Georgia |
| **Defendants** | ) | CAFN: 2021CV348070 |
| | ) | |

### NOTICE OF REMOVAL

COMES NOW defendant The Cheesecake Factory Restaurants, Inc. ("defendant"), by and through the undersigned counsel, and pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332, hereby removes the above-styled action from the Superior Court of Fulton County, Georgia based on the following grounds:

1.

On or about April 9, 2021, plaintiff Brittany Beavers filed suit against defendant in the Superior Court of Fulton County, Georgia, civil action file number

2021CV348070. All process, pleadings and orders received by defendant are attached to this Notice as Exhibit A.

2.

The Superior Court of Fulton County, Georgia is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.

3.

This notice of removal is filed within 30 days of defendant's receipt of the complaint and is timely pursuant to 28 U.S.C. § 1446.

4.

Complete diversity of citizenship exists between the parties pursuant to 28 U.S.C. § 1332.

5.

Plaintiff is an individual who is a citizen and resident of the State of Georgia (Compl ¶1). As such, Plaintiff is a citizen of Georgia for purposes of federal court jurisdiction.

6.

The Cheesecake Factory Restaurants, Inc. is a corporation incorporated under the laws of Delaware and having its principal place of business in California. The Cheesecake Factory Restaurants, Inc. is therefore a citizen of both California and

Delaware for purposes of diversity jurisdiction.  See 28 U.S.C. § 1332(c)(1).

7.

The amount in controversy is purportedly greater than $75,000.00.  Plaintiff alleges she fell while in the bathroom at one of defendant's restaurants.  (Compl. ¶ 11).  She further alleges that, because of the incident, she has incurred special damages and lost wages totaling $52,780.  (Compl. ¶ 27).  Plaintiff also asserts that she entitled to recover general damages for her pain and suffering. (Compl. ¶ 35). Plaintiff further seeks punitive damages be imposed against Defendant. (Compl. ¶ 28-31).

8.

Plaintiff's complaint therefore asserts claims over which the Court has original jurisdiction founded on diversity jurisdiction and the amount in controversy. See 28 U.S.C. §§ 1441(b), 1332, and 1446.

9.

Defendant has given written notice of the filing of this notice to Plaintiff and will likewise file a written notice with the Clerk of the State Court of Fulton County, a copy of which is attached hereto as Exhibit B.

10.

The undersigned has read this notice of removal, and to the best of the

undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

11.

Based on the foregoing, defendant requests that this Court allow the requested removal and assert jurisdiction over the state court action.

This 11th day of May, 2021.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wayne S. Melnick*
Wayne S. Melnick
Georgia Bar No. 501267
Eric Retter
Georgia Bar No. 351882

*Attorneys for Defendant The Cheesecake Factory, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
Wmelncik@fmglaw.com
jasmith@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing NOTICE OF REMOVAL to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is:

> Rita Tucker Williams
> Ledia Regis
> Williams & Associates Law Firm, P.C.
> 220 Church Street
> Decatur, GA 30030

This 11th day of May, 2021.

> /s/ Wayne S. Melnick
> Wayne S. Melnick
> Georgia Bar No. 501267
> wmelnick@fmglaw.com
> Eric Retter
> Georgia Bar No. 351882
> eretter@fmglaw.com
> *Attorneys for Defendant The Cheesecake Factory, Inc.*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)