# EXHIBIT B

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BRITTANY BEAVERS,<br><br>    Plaintiff,<br>v.<br><br>THE CHEESECAKE FACTORY RESTAURANTS, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 2021CV348070 |

TO: Clerk of Court
   Fulton County Superior Court
   136 Pryor Street
   Suite C155
   Atlanta GA 30303

  PLEASE TAKE NOTICE that defendant The Cheesecake Factory Restaurants, Inc., by and through undersigned counsel, on May 11, 2021, filed its Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto as Exhibit "A."

  Respectfully submitted this 11th day of May, 2021.

                   **FREEMAN MATHIS & GARY, LLP**

                   */s/ Wayne S. Melnick*
                   Wayne S. Melnick
                   Georgia Bar No. 501267
                   Eric Retter
                   Georgia Bar No. 351882
                   *Attorneys for Defendant The Cheesecake Factory, Inc.*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing *Notice Of Filing Of Notice Of Removal* with the Clerk of Court using the Odyssey e-filing system, which will automatically send email notification of such filing to the attorneys of record and by depositing a true and correct copy of same in the United States Mail, postage prepaid, properly addressed upon:

Rita Tucker Williams
Ledia Regis
Williams & Associates Law Firm, P.C.
220 Church Street
Decatur, GA 30030

This 11th day of May, 2021.

/s/ *Wayne S. Melnick*
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com
Eric Retter
Georgia Bar No. 351882
eretter@fmglaw.com
*Attorneys for Defendant The Cheesecake Factory, Inc.*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)